# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2019

Bridget M. McCormack,
Chief Justice

157775

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SHEILA CLARKE, Personal Representative
of the Estate of JANIKA NICOLE
EDMOND, Deceased,
        Plaintiff-Appellee,

v

SC: 157775
COA: 340615
Washtenaw CC: 17-000322-NO

DEPARTMENT OF CORRECTIONS,
ANTHONY STEWART, DAVID JOHNSON,
KARRI OSTERHOUT, R'KIA TAYLOR,
KRISTA SURBIC, LOREN HAILES, HEATHER
WASHINGTON, JOHANNA BARTEL,
ALEXIA JOHNSON, LASHAWNA DONALD,
TRACY MAUPINS, and MARCIA PORTER,
        Defendants-Appellants,

and

DIANNA LYNN CALLAHAN and KORY
MOORE,
        Defendants.
_____/

On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

CLEMENT, J., did not participate due to her prior involvement as chief legal counsel for the Governor.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2019



Clerk

s0115